LADNER, *et al. v.* HOGUE LUMBER & SUPPLY CO.
OF GULFPORT, INC., et al.

No. 41077          March 16, 1959          109 So. 2d 652

*Gardner & Gardner, Jo Drake Arrington,* Gulfport, for appellants.

*Donald O. Simmons, Frank W. Alexander,* Gulfort, *P. H. Carrubba,* Long Beach, for appellees.

GILLESPIE, J.

On the first appearance of this case, it was held that the bill of complaint stated a cause of action and we reversed the case and remanded it for a trial on the merits, 91 So. 2d 545. On remand, a lengthy hearing was had and the chancellor then entered a decree denying the relief sought by complainants and dismissed the complaint. After a careful review of the evidence adduced at the hearing on the merits, and after consideration of the

192

several assigments of error, we are of the opinion that the chancellor correctly denied the relief sought by complainants.

Affirmed.

*McGehee, C. J.,* and *Hall, Lee* and *Ethridge, JJ.,* concur.